Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF California

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Clinton John Schue, et al.,<br><br>Defendants. | CASE NO. CV 10-0089 LKK KJN<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CLINTON JOHN SCHUE, individually and d/b/a BROTHERS SPORTS BAR & GRILL; and CJS VENTURES, INC., an unknown business entity d/b/a BROTHERS SPORTS BAR & GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants CLINTON JOHN SCHUE, individually and d/b/a BROTHERS SPORTS BAR & GRILL, and CJS VENTURES, INC., an unknown business entity d/b/a BROTHERS SPORTS BAR & GRILL that the above-entitled action is hereby dismissed **without prejudice** against CLINTON JOHN SCHUE and , individually and d/b/a BROTHERS SPORTS BAR & GRILL; and CJS VENTURES, INC., an unknown business entity d/b/a BROTHERS SPORTS BAR & GRILL to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

STIPULATION OF DISMISSAL
CV 10-0089 LKK KJN
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 1, 2012, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 16, 2010     s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC


Dated: March 17, 2010     s/ Gregory D. Ott
**ALLING & JILLSON, LTD.**
By:  Gregory D. Ott, Esquire
Attorneys for Defendants
CLINTON JOHN SCHUE, individually and d/b/a
BROTHERS SPORTS BAR & GRILL, and
CJS VENTURES, INC., an unknown business entity
d/b/a BROTHERS SPORTS BAR & GRILL

**IT IS SO ORDERED**:

**DATED:  March 26, 2010**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION OF DISMISSAL**
**CV 10-0089 LKK KJN**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 16, 2010, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CLINTON JOHN SCHUE, individually and d/b/a BROTHERS SPORTS BAR & GRILL, and CJS VENTURES, INC., an unknown business entity d/b/a BROTHERS SPORTS BAR & GRILL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Gregory D. Ott, Esquire          Attorneys for Defendants
ALLING & JILLSON, LTD.
276 Kingsbury Grade, Suite 200
Lake Tahoe, NV 89449

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 16, 2010, at South Pasadena, California.

Dated: March 16, 2010                 _____
                                      INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 10-0089 LKK KJN
PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com